IN THE SUPREME COURT OF THE STATE OF NEVADA

TRUE NORTH BRANDS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE TIMOTHY C.
WILLIAMS, DISTRICT JUDGE,
Respondents,
and
HERMINIO LLEVAT, AN INDIVIDUAL;
AND TRUHEALTH, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,
Real Parties in Interest.

No. 80254

**FILED**

MAR 1 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order partially granting a motion to compel arbitration.

Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, we are not persuaded under this court's precedent that the district court committed either a legal error or abused its discretion in determining that petitioner's claims against real party in interest Herminio

Llevat arose under the Operating Agreement and that Llevat did not waive his right to arbitrate. *See Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) ("A writ of mandamus is available to compel . . . an act that the law requires . . . or to control an arbitrary or capricious exercise of discretion."). Accordingly, we

ORDER the petition DENIED.

_____ , C.J.
Pickering

_____ J.
Gibbons

_____ , J.
Silver

cc: Hon. Timothy C. Williams, District Judge
Saul Ewing Arnstein & Lehr, LLP
Kolesar & Leatham, Chtd.
Lee, Hernandez, Landrum & Carlson, APC
Zfaty Burns
Eighth District Court Clerk